459

No. 60620.—Metallizing Engineering Co., Inc. v. United States, protest 273804-K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of parts of metal-spray gun machines the same in all material respects as those the subject of *Metallizing Engineering Co., Inc.* v. *United States* (36 Cust. Ct. 205, C. D. 1775), the claim of the plaintiff was sustained.

No. 60621.—General Materials Co. and Schmidt Pritchard & Co., Inc. v. United States, protest 256320-K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of aluminum rods similar in all material respects to those the subject of *Mohawk Iron & Steel Co.* v. *United States* (30 Cust. Ct. 274, C. D. 1533), the claim of the plaintiffs was sustained.

No. 60622.—Daprato Statuary Co. v. United States, protest 229962-K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of figures the same in all material respects as those the subject of *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), except that the merchandise in question consists of bronze corpora, whereas that involved in the cited case consisted of earthen, china, or porcelain figures, the claim of the plaintiff was sustained.